be deemed to include the materials submitted to this Court, Jurisdiction is not retained.

75 A.3d 1158

J.K., PLAINTIFF, v. B.C., DEFENDANT–PETITIONER.

September 26, 2013.

It is ORDERED that the petition for certification is granted and the matter is summarily remanded to the Superior Court, Appellate Division, to consider defendant's appeal an the merits based on the record as established in the transcripts of the trial court proceedings.